UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>STARRETT PALMER,<br>Defendant. | Case No. __1:00cr90-1__<br>(Hogan, MJ.) |

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter,** _Jodie Perkins_
Date/Time: **November 8, 2007 at 1:30 PM**

United States Attorney: _Anne Porter_     Defendant Attorney: _Ransom Hudson, AFPD_

*Initial Appearance Hearing on* [ ] Complaint; [ ] Indictment; [ ] Information; or [X] petition for probation / supervised release [ ] Rule 5(c)(3) out of _____ ; [ ] pretrial release violation
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel ~~previously~~ appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[X] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [ ] *Indictment or* [ ] *Information:*
Defendant waives reading of: [ ] Indict   [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge _Beckwith_
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: