AO 468 (1/86) Waiver of Preliminary Examination or Hearing

AH

# United States District Court

__Southern__ DISTRICT OF __Ohio (Western Division)__

UNITED STATES OF AMERICA

v.

Starrett Palmer

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: __1:00 cr 90-1__

I, __Starrett Palmer__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Starrett Pal[mer]_
Defendant

__11-8-07__
Date

_C Ransom Hudson_
Counsel for Defendant