AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Ohio |

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

Case Number: 1:00-cr-90-1

**STARRETT PALMER**
5847 Lathorp Place, Apt. 2
Cincinnati, Ohio 45224
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>Potter Stewart U.S. Courthouse Building<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room<br>706 |
|---|---|
| | Date and Time<br>11/8/07 at 1:30 p.m. |
| Before:   Hon. Timothy Hogan | |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    X  Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

See copy of Petition attached

_____
Signature of Issuing Officer

October 22, 2007
Date

Mary C. Brown, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me | Date 11/5/07 5:30 PM

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: RESIDENCE _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  11/5/07
Date

JAMES M. WALKRAB
Name of United States Marshal

0506
(by) Deputy United States Marshal

Remarks:

07 NOV -9 PM 4:02
FILED JAMES BONINI

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.