**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**United States of America**

vs.    Case No. 1:00-cr-90-1

**Starrett Palmer**

**CRIMINAL MINUTES** - *Sentencing on Revocation*

*(11:14 – 11:21)*

U.S. ATTORNEY PRESENT: _Kenneth Parker_

COUNSEL FOR DEFENDANT: _Ranson Hudson_

PROBATION OFFICER: _Michelle Merrett_

Waiver of Indictment filed _____    INFORMATION filed _____

Defendant waives reading of:   Indictment _____    Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

   **NOT GUILTY**_____

   **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _O.R._ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

**PROCEEDINGS:**

Δ requests continuance. - Gov't does not oppose. Gov't requests revocation of bail. Δ ordered to meet with counsel today. Δ is also ordered to submit to urinalysis today. If Δ fails, bail will be revoked.

Sentencing rescheduled for 2/4 @ 1:30

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge
**Deputy Clerk:** Mary Brown
**Court Reporter:** Mary Ann Ramy (Official)
**Date:** Friday, Feb. 1, 2008

2