UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.   Case No. 1:00-cr-90-1

**Starrett Palmer**

**CRIMINAL MINUTES** - *Sentencing on Revocation*

*(1:31 - 2:03)*

U.S. ATTORNEY PRESENT: *Kenneth Parker*

COUNSEL FOR DEFENDANT: *Ranson Hudson*

PROBATION OFFICER: *Michelle Merritt*

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of:  Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

   **NOT GUILTY**_____

   **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ✓

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

PROCEEDINGS: ∆ admits violations. ~~scribbled out~~ Supervised Release is REVOKED

SENTENCE: One day imprisonment followed by 3 years supervised release

Special Condition: 14 months long term residential drug treatment program in a halfway house

∆ taken into custody pending the availability of space at halfway house

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge
**Deputy Clerk:** Mary Brown
**Court Reporter:** Mary Ann Ranz (Official)
**Date:** Monday, Feb. 4, 2008

2