PROB 12A
(12/90)

## United States District Court

for

### Southern District of Ohio

### Report on Offender Under Supervision

FILED
JAMES ...
CLERK

2008 JUL 30 AM 8: 19

U.S. ... ...
SOUTH... ... OHIO
WEST... ... ...

Name of Offender: **Starrett Palmer**                                    Case Number: **1:00CR00090-01**

Name of Sentencing Judicial Officer:     **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **June 13, 2001**
   **Re-sentencing: March 17, 2003**
   **Revocation Sentencing: February 4, 2008**

Original Offense: **Conspiracy to Possess with Intent to Distribute Cocaine Base, in violation of Title 21 U.S.C., Sections 841(a)(1), and 841(b)(1)(A), a Class A Felony.**

Penalty: **Life Imprisonment, mandatory minimum of 10 years, $4,000,000.00 fine, at least 5 years supervised release, Special Assessment of $100.**

Original Sentence:  **63 month(s) imprisonment, 60 months supervised release**

Re-sentencing: **45 month(s) imprisonment, 60 months supervised release**
Revocation Sentencing: **1 day(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**            Date Supervision Commenced: **February 4, 2008**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Palmer was ordered to pay his outstanding fine balance of $900.00, at a rate of $30 per month. To date, Palmer has been unable to make any payments. |

As the Court may recall, the offender appeared in Court for a violation hearing on February 4, 2008. His supervision was revoked and he was ordered to serve 1 day in prison, followed by 3 years supervised release.

A special condition of his supervision required him to enter a long term residential treatment program for a period of 14 months.

The offender has complied as directed and is currently participating in treatment at the Prospect House. At this time, he remains unemployed, however, he is in the phase of the program, which allows him to leave the facility daily in search of employment. At this time, he continues to do well in the program.

PROB 12A
(12/9.)

2

U.S. Probation Officer Action: **Based on the offender's current unemployed status, it is recommended that this condition be deferred, until such time that he obtains stable employment and is able to meet this obligation. Additionally, Palmer will be directed to sign a Consent Agreement for the outstanding fine balance of $900.00. It is believed he will comply with this condition once he obtains full time employment.**

Respectfully submitted,    Approved,

by *[signature]* by    by *[signature]*

**Michelle Merrett**    **John Cole**

U. S. Probation Officer    Supervising U. S. Probation Officer

Date:    **July 24, 2008**    Date:    **July 24, 2008**

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

7/29/08
Date