# CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:00cr90-1

vs

STARETT PALMER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:            Or        digital recording TBO 80815-103758
Date:         8/15/08 @ 1:30

Attorney for USA:         Christy Muncy
Attorney for Defendant:   Federal Public Defender   Ransom Hudson

✓ Initial appearance held. Defendant informed of rights and charges.

✓ Case continued for Probable Cause Hearing _____ Detention Hearing ✓
  on Mon. Aug 18, 2008 at 1:30
____ Probable cause hearing held/waived. Defendant to appear before District Judge BECKWITH for Probation Violation/supervised release hearing.

____ Probable cause found / not found

____ Defendant DETAINED pending hearing.
____ Defendant RELEASED on _____ bond

✓ Order APPOINTING counsel  FPD

Remarks:
_____
_____
_____

FILED JAMES BONINI CLERK
08 AUG 15 PM 1:53
U.S. DIST COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI