CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                Case 1:00cr90-1

vs

STARETT PALMER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: _Luke Lavin_ Or _____ digital recording_____
Date:           8/18/08 @ 1:30

Attorney for USA:            _Robert Buchler_
Attorney for Defendant:      Federal Public Defender  _Ransom Hudson_

_____ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing _____ Detention Hearing _____
      on _____
__✓__ Probable cause hearing held/(waived.) Defendant to appear before District Judge
      _Beckwith_ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

__X__ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

_____ Order APPOINTING counsel _____

Remarks:
_____
_____

FILED
JAMES BONINI
CLERK
08 AUG 18 PM 2:41
U.S. DIST COURT
SOUTH DIST OHIO
WEST DIV CINCINNATI