AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_Southern_ DISTRICT OF _Ohio_

UNITED STATES OF AMERICA

v.

Starrett Palmer

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:00CR90-1

[FILED JAMES BONINI CLERK — 08 AUG 18 PM 2:41 U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI]

I, _Starrett Palmer_, charged in a (complaint) (petition) pending in this District with _supervised release violation_

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

8/18/08
Date

_Ransom Hudson_
Counsel for Defendant