AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Southern__ District of __Ohio__

08 AUG 22 PM 3:28

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Starrett Palmer                                Case Number: 1:00-cr-90-1

~~c/o Hamilton County Justice Center~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __STARRETT PALMER__
                                                                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   Order of court   Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

See Petition attached

in violation of _____ United States Code, Section(s) _____

Mary C. Brown                                           Deputy Clerk
Name of Issuing Officer                                 Title of Issuing Officer

/s/ Mary C. Brown                                        August 14, 2008 at Cincinnati, Ohio
Signature of Issuing Officer                            Date and Location

Bail fixed at $ _____                by _____
                                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant UPON DISCHARGE AT MERCY FRANCISCAN HOSPITAL CINCINNATI, OH |

| DATE RECEIVED 8/14/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/14/08 | J. LOFTIS  DUSM | [signature] DCDG |

AO 442   (Rev. 12/85) Warrant for Arrest